IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JANE CHERA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:07-0165 |
| ) | Judge Trauger |
| WILLIAM H. PENN, JR. and ) | |
| SCOTT CHAFFIN, in their individual ) | |
| capacities, and METROPOLITAN ) | |
| GOVERNMENT OF NASHVILLE AND ) | |
| DAVIDSON COUNTY, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the defendants' Motion for Summary Judgment (Docket No. 30) is **GRANTED**. This case is dismissed.

It is so ordered.

Enter this 16th day of December 2008.

ALETA A. TRAUGER
United States District Judge